AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>St. Eve, Amy J | 2. Court or Organization<br><br>District Court | 3. Date of Report<br><br>05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>USDCJ - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Street<br>Room 1260<br>Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Northwestern Law School |
| 2. Board Member | Federal Bar Association -- Chicago Chapter |
| 3. Board Member | DePaul University College of Law -- Intellectual Property Law and Information Technology Board |
| 4. Member | Public Safety Commissioner |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 14 A 11:43 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| St. Eve, Amy J | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Northwestern Law School (teaching) | $ 2,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Northwestern Medical Faculty Foundation |
| 2. 2007 | Interventional Consultants, LLC |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Pepperdine Law School | 2/2/07-2/4/07 | Pepperdine Law School | Moot Court Competition | Air Travel, meals, lodging. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. Eve, Amy J | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. Eve, Amy J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Ginnie Mae Mutual Fund | A | Dividend | J | T | | | | | |
| 2. Fidelity Magellan Mutual Fund & monthly purchase of $250 | B | Distribution | K | T | | | | | |
| 3. Fidelity Low Priced Stock Mutual Fd. & monthly purchase $250 | B | Distribution | K | T | | | | | |
| 4. Fidelity Municipal Money Market Account | A | Interest | K | T | | | | | |
| 5. Chase (Accounts) (See Note 3) | B | Interest | M | T | | | | | |
| 6. Abbott Laboratories Common Stock | | None | J | T | | | | | |
| 7. Fidelity Contrafund (Monthly purchase of $250) | B | Distribution | K | T | | | | | |
| 8. Microsoft Corp. Common Stock | A | Dividend | J | T | | | | | |
| 9. Anheuser Busch Common Stock | A | Dividend | J | T | | | | | |
| 10. Covad Comm. Common Stock | | None | J | T | | | | | |
| 11. Home Depot Common Stock | A | Dividend | | | Sold | 12/13 | J | | |
| 12. Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 13. EMC Corp. Common Stock | | None | J | T | | | | | |
| 14. Chesapeake Energy Corp. | A | Dividend | J | T | | | | | |
| 15. Van Kampen Equity Trust Small Cap Growth Fund | | None | J | T | | | | | |
| 16. Van Kampen American Cap Emerging Growth Fund | | None | J | T | | | | | |
| 17. ING International Value Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. Eve, Amy J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Neuberger Berman Genesis Fund | A | Dividend | K | T | | | | | |
| 19. ING Small Company Fund A | A | Dividend | K | T | | | | | |
| 20. Lord Abbett Affiliated Fund A | A | Dividend | J | T | | | | | |
| 21. Ameren Corp. Common Stock | A | Dividend | | | Sold | 5/18 | J | B | |
| 22. Barrick Gold Corp. Common Stock | A | Dividend | K | T | | | | | |
| 23. Cisco Systems Inc. Common Stock | | None | J | T | | | | | |
| 24. Claymore Secs. Defined | | None | J | T | | | | | |
| 25. Qualcomm Inc. | | None | | | Sold | 8/23 | J | | |
| 26. McDonalds Corp. CS | A | Dividend | K | T | | | | | |
| 27. Stiefel Nicholaus Money Market | C | Dividend | L | T | | | | | |
| 28. Illinois Municipal Bonds | | None | K | T | | | | | |
| 29. Fidelity Strategic Dividend/Income | A | Dividend | J | T | | | | | |
| 30. Fidelity 529 Education Plan | B | Interest | M | T | See Note 1 | | | | |
| 31. Fidelity U.S. Treasury Fund | C | Dividend | K | T | | | | | |
| 32. Peabody Energy Corp. | A | Dividend | K | T | | | | | |
| 33. General Electric Company | A | Dividend | J | T | | | | | |
| 34. Fidelity Select Medical Delivery (monthly $250) | B | Dividend | J | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. Eve, Amy J · | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Entertainment B | | Dividend | J | | | | | | |
| 36. Illinois State Tax Free Bonds | | None | J | | | | | | |
| 37. Illinois State College Bonds | | None | J | | | | | | |
| 38. Fidelity Balanced -- (See Note 4 in Part VIII) | A | Dividend | J | T | | | | | |
| 39. Fidelity Latin America -- (See Note 4 in Part VIII) | A | Dividend | J | T | | | | | |
| 40. Starbucks Corp. | | None | | | Sold | 2/21 | J | | |
| 41. Fidelity Blue Chip Value Fund (See Note 2 in Part VII) | B | Dividend | L | T | | | | | |
| 42. Fidelity Capital Appreciation Fund (See Note 2 in Part VII) | A | Dividend | K | T | | | | | |
| 43. Fidelity International Discovery Fd (See Note 2 in Part VII) | | None | L | T | | | | | |
| 44. Fidelity Large Cap Value Fund (See Note 2 in Part VII) | A | Dividend | K | T | | | | | |
| 45. Fidelity Mid Cap Growth Fund (See Note 2 in Part VII) | | None | K | T | | | | | |
| 46. Fidelity Mid Cap Value Fund (See Note 2 in Part VII) | | None | J | T | | | | | |
| 47. Fidelity Small Cap Growth Fund (See Note 2 in Part VII) | C | Dividend | K | T | | | | | |
| 48. Fidelity Small Cap Value Fund (See Note 2 in Part VII) | C | Dividend | J | T | | | | | |
| 49. Fidelity Total Bond Fund (See Note 2 in Part VII) | C | Dividend | K | T | | | | | |
| 50. Fidelity Emerging Markets Fund (See Note 2 in Part VII) | | None | K | T | | | | | |
| 51. Advent Global Conv. | A | Dividend | J | T | Bought | 05/24 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. Eve, Amy J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Apollo Investment Corp. | A | Dividend | J | T | Bought | 02/21 | J | | |
| 53.  Smith Barney Money Market | A | Int./Div. | J | T | Bought | 05/03 | J | | |
| 54.  Stifel Financial Corp. | | None | | | Bought | 12/13 | J | | |
| 55. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. Eve, Amy J | 05/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Notes

1. We made monthly contributions for ████████████ to these Fidelity 529 Education Plans. We contributed a total of $3,000 monthly in 2007 for up to $10,000 for ████████

2. These funds are in ████████ retirement fund through Northwestern Medical Faculty Foundation. They made monthly contributions to the funds during 2007.

3. Chase bought Bank One.

| Name of Person Reporting | Date of Report |
|---|---|
| St. Eve, Amy J | 05/12/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

CHAMBERS OF
AMY J. ST. EVE
JUDGE

312-435-5686

July 24, 2008



Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, NE
Washington, D.C. 20544
Section 103(h)(1)(B)

Dear Committee Members:

     Enclosed please find the original and three copies of my amended financial disclosure report for the reporting period January 1, 2007 through December 31, 2007. Please contact me if you have any questions.

     Thank you.

Very truly yours,



Amy J. St. Eve

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>St. Eve, Amy J | 2. Court or Organization<br><br>District Court | 3. Date of Report<br><br>7/24/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>USDCJ - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Street<br>Room 1260<br>Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Northwestern Law School |
| 2. | Board Member | Federal Bar Association -- Chicago Chapter |
| 3. | Board Member | DePaul University College of Law -- Intellectual Property Law and Information Technology Board |
| 4. | Member | Public Safety Commissioner |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2008 AUG -1 A 10: 42 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
| --- | --- |
| St. Eve, Amy J | 7/24/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2007 | Northwestern Law School (teaching) | $ 2,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2007 | Northwestern Medical Faculty Foundation |
| 2. 2007 | Interventional Consultants, LLC |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | Pepperdine Law School | 2/2/07-2/4/07 | Pepperdine Law School | Moot Court Competition | Air Travel, meals, lodging. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. Eve, Amy J | 7/24/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| St. Eve, Amy J | 7/24/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Ginnie Mae Mutual Fund | A | Dividend | J | T | | | | | |
| 2. Fidelity Magellan Mutual Fund & monthly purchase of $250 | B | Distribution | K | T | | | | | |
| 3. Fidelity Low Priced Stock Mutual Fd. & monthly purchase $250 | B | Distribution | K | T | | | | | |
| 4. Fidelity Municipal Money Market Account | A | Interest | K | T | | | | | |
| 5. Chase (Accounts) (See Note 3) | B | Interest | M | T | | | | | |
| 6. Abbott Laboratories Common Stock | | None | J | T | | | | | |
| 7. Fidelity Contrafund (Monthly purchase of $250) | B | Distribution | K | T | | | | | |
| 8. Microsoft Corp. Common Stock | A | Dividend | J | T | | | | | |
| 9. Anheuser Busch Common Stock | A | Dividend | J | T | | | | | |
| 10. Covad Comm. Common Stock | | None | J | T | | | | | |
| 11. Home Depot Common Stock | A | Dividend | | | Sold | 12/13 | J | | |
| 12. Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 13. EMC Corp. Common Stock | | None | J | T | | | | | |
| 14. Chesapeake Energy Corp. | A | Dividend | J | T | | | | | |
| 15. Van Kampen Equity Trust Small Cap Growth Fund | | None | J | T | | | | | |
| 16. Van Kampen American Cap Emerging Growth Fund | | None | J | T | | | | | |
| 17. ING International Value Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. Eve, Amy J | 7/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Neuberger Berman Genesis Fund | A | Dividend | K | T | | | | | |
| 19. ING Small Company Fund A | A | Dividend | K | T | | | | | |
| 20. Lord Abbett Affiliated Fund A | A | Dividend | J | T | | | | | |
| 21. Ameren Corp. Common Stock | A | Dividend | | | Sold | 5/18 | J | B | |
| 22. Barrick Gold Corp. Common Stock | A | Dividend | K | T | | | | | |
| 23. Cisco Systems Inc. Common Stock | | None | J | T | | | | | |
| 24. Claymore Secs. Defined | | None | J | T | | | | | |
| 25. Qualcomm Inc. | | None | | | Sold | 8/23 | J | | |
| 26. McDonalds Corp. CS | A | Dividend | K | T | | | | | |
| 27. Stiefel Nicholaus Money Market | C | Dividend | L | T | | | | | |
| 28. Illinois Municipal Bonds | | None | K | T | | | | | |
| 29. Fidelity Strategic Dividend/Income | A | Dividend | J | T | | | | | |
| 30. Fidelity 529 Education Plan | B | Interest | M | T | See Note 1 | | | | |
| 31. Fidelity U.S. Treasury Fund | C | Dividend | K | T | | | | | |
| 32. Peabody Energy Corp. | A | Dividend | K | T | | | | | |
| 33. General Electric Company | A | Dividend | J | T | | | | | |
| 34. Fidelity Select Medical Delivery (monthly $250) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. Eve, Amy J | 7/24/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Entertainment B | | Dividend | J | T | | | | | |
| 36. Illinois State Tax Free Bonds | | None | J | T | | | | | |
| 37. Illinois State College Bonds | | None | J | T | | | | | |
| 38. Fidelity Balanced -- (See Note 4 in Part VIII) | A | Dividend | J | T | | | | | |
| 39. Fidelity Latin America -- (See Note 4 in Part VIII) | A | Dividend | J | T | | | | | |
| 40. Starbucks Corp. | | None | | | Sold | 2/21 | J | | |
| 41. Fidelity Blue Chip Value Fund (See Note 2 in Part VII) | B | Dividend | L | T | | | | | |
| 42. Fidelity Capital Appreciation Fund (See Note 2 in Part VII) | A | Dividend | K | T | | | | | |
| 43. Fidelity International Discovery Fd (See Note 2 in Part VII) | | None | L | T | | | | | |
| 44. Fidelity Large Cap Value Fund (See Note 2 in Part VII) | A | Dividend | K | T | | | | | |
| 45. Fidelity Mid Cap Growth Fund (See Note 2 in Part VII) | | None | K | T | | | | | |
| 46. Fidelity Mid Cap Value Fund (See Note 2 in Part VII) | | None | J | T | | | | | |
| 47. Fidelity Small Cap Growth Fund (See Note 2 in Part VII) | C | Dividend | K | T | | | | | |
| 48. Fidelity Small Cap Value Fund (See Note 2 in Part VII) | C | Dividend | J | T | | | | | |
| 49. Fidelity Total Bond Fund (See Note 2 in Part VII) | C | Dividend | K | T | | | | | |
| 50. Fidelity Emerging Markets Fund (See Note 2 in Part VII) | | None | K | T | | | | | |
| 51. Advent Global Conv. | A | Dividend | J | T | Bought | 05/24 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| St. Eve, Amy J | 7/24/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Apollo Investment Corp. | A | Dividend | J | T | Bought | 02/21 | J | | |
| 53. Smith Barney Money Market (See Niote 4) | A | Int./Div. | J | T | Bought | 05/03 | J | | |
| 54. Stifel Financial Corp. | | None | M | T | Bought | 12/13 | J | | |
| 55. Vertex Pharmaceuticals (See Note 5) | | | | | Sold | 3/03 | J | | |
| 56. Vertez Pharmaceuticals (See Note 5) | | | | | Sold | 3/03 | J | | |
| 57. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. Eve, Amy J | 7/24/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Notes

1. We made monthly contributions for ███████████ to these Fidelity 529 Education Plans. We contributed a total of $3,000 monthly in 2007 for up to $10,000 for ██████

2. These funds are in ████████ retirement fund through Northwestern Medical Faculty Foundation. They made monthly contributions to the funds during 2007.

3. Chase bought Bank One.

4. RMA Money Market changed to Steifel Money Market.

5. I sold Vertex Pharmaceuticals in 2006, but unintentionally failed to include it on my 2006 Financial Disclosure Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>St. Eve, Amy J | 2. Court or Organization<br><br>District Court | 3. Date of Report<br><br>05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>USDCJ - Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Street<br>Room 1260<br>Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Northwestern Law School |
| 2. Board Member | Federal Bar Association -- Chicago Chapter |
| 3. Board Member | DePaul University College of Law -- Intellectual Property Law and Information Technology Board |
| 4. Member | Public Safety Commissioner |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 14 A 11:43 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| St. Eve, Amy J | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Northwestern Law School (teaching) | $ 2,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Northwestern Medical Faculty Foundation |
| 2. 2007 | Interventional Consultants, LLC |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Pepperdine Law School | 2/2/07-2/4/07 | Pepperdine Law School | Moot Court Competition | Air Travel, meals, lodging. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. Eve, Amy J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Ginnie Mae Mutual Fund | A | Dividend | J | T | | | | | |
| 2. Fidelity Magellan Mutual Fund & monthly purchase of $250 | B | Distribution | K | T | | | | | |
| 3. Fidelity Low Priced Stock Mutual Fd. & monthly purchase $250 | B | Distribution | K | T | | | | | |
| 4. Fidelity Municipal Money Market Account | A | Interest | K | T | | | | | |
| 5. Chase (Accounts) (See Note 3) | B | Interest | M | T | | | | | |
| 6. Abbott Laboratories Common Stock | | None | J | T | | | | | |
| 7. Fidelity Contrafund (Monthly purchase of $250) | B | Distribution | K | T | | | | | |
| 8. Microsoft Corp. Common Stock | A | Dividend | J | T | | | | | |
| 9. Anheuser Busch Common Stock | A | Dividend | J | T | | | | | |
| 10. Covad Comm. Common Stock | | None | J | T | | | | | |
| 11. Home Depot Common Stock | A | Dividend | | | Sold | 12/13 | J | | |
| 12. Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 13. EMC Corp. Common Stock | | None | J | T | | | | | |
| 14. Chesapeake Energy Corp. | A | Dividend | J | T | | | | | |
| 15. Van Kampen Equity Trust Small Cap Growth Fund | | None | J | T | | | | | |
| 16. Van Kampen American Cap Emerging Growth Fund | | None | J | T | | | | | |
| 17. ING International Value Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. Eve, Amy J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Neuberger Berman Genesis Fund | A | Dividend | K | T | | | | | |
| 19. ING Small Company Fund A | A | Dividend | K | T | | | | | |
| 20. Lord Abbett Affiliated Fund A | A | Dividend | J | T | | | | | |
| 21. Ameren Corp. Common Stock | A | Dividend | | | Sold | 5/18 | J | B | |
| 22. Barrick Gold Corp. Common Stock | A | Dividend | K | T | | | | | |
| 23. Cisco Systems Inc. Common Stock | | None | J | T | | | | | |
| 24. Claymore Secs. Defined | | None | J | T | | | | | |
| 25. Qualcomm Inc. | | None | | | Sold | 8/23 | J | | |
| 26. McDonalds Corp. CS | A | Dividend | K | T | | | | | |
| 27. Stiefel Nicholaus Money Market | C | Dividend | L | T | | | | | |
| 28. Illinois Municipal Bonds | | None | K | T | | | | | |
| 29. Fidelity Strategic Dividend/Income | A | Dividend | J | T | | | | | |
| 30. Fidelity 529 Education Plan | B | Interest | M | T | See Note 1 | | | | |
| 31. Fidelity U.S. Treasury Fund | C | Dividend | K | T | | | | | |
| 32. Peabody Energy Corp. | A | Dividend | K | T | | | | | |
| 33. General Electric Company | A | Dividend | J | T | | | | | |
| 34. Fidelity Select Medical Delivery (monthly $250) | B | Dividend | J | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| St. Eve, Amy J                    . | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Entertainment B | | Dividend | J | | | | | | |
| 36.  Illinois State Tax Free Bonds | | None | J | | | | | | |
| 37.  Illinois State College Bonds | | None | J | | | | | | |
| 38.  Fidelity Balanced --    (See Note 4 in Part VIII) | A | Dividend | J | T | | | | | |
| 39.  Fidelity Latin America -- (See Note 4 in Part VIII) | A | Dividend | J | T | | | | | |
| 40.  Starbucks Corp. | | None | | | Sold | 2/21 | J | | |
| 41.  Fidelity Blue Chip Value Fund (See Note 2 in Part VII) | B | Dividend | L | T | | | | | |
| 42.  Fidelity Capital Appreciation Fund (See Note 2 in Part VII) | A | Dividend | K | T | | | | | |
| 43.  Fidelity International Discovery Fd (See Note 2 in Part VII) | | None | L | T | | | | | |
| 44.  Fidelity Large Cap Value Fund (See Note 2 in Part VII) | A | Dividend | K | T | | | | | |
| 45.  Fidelity Mid Cap Growth Fund (See Note 2 in Part VII) | | None | K | T | | | | | |
| 46.  Fidelity Mid Cap Value Fund (See Note 2 in Part VII) | | None | J | T | | | | | |
| 47.  Fidelity Small Cap Growth Fund (See Note 2 in Part VII) | C | Dividend | K | T | | | | | |
| 48.  Fidelity Small Cap Value Fund (See Note 2 in Part VII) | C | Dividend | J | T | | | | | |
| 49.  Fidelity Total Bond Fund (See Note 2 in Part VII) | C | Dividend | K | T | | | | | |
| 50.  Fidelity Emerging Markets Fund (See Note 2 in Part VII) | | None | K | T | | | | | |
| 51.  Advent Global Conv. | A | Dividend | J | T | Bought | 05/24 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| St. Eve, Amy J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Apollo Investment Corp. | A | Dividend | J | T | Bought | 02/21 | J | | |
| 53.   Smith Barney Money Market | A | Int./Div. | J | T | Bought | 05/03 | J | | |
| 54.   Stifel Financial Corp. | | None | | | Bought | 12/13 | J | | |
| 55. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Notes

1. We made monthly contributions for ███████████ to these Fidelity 529 Education Plans. We contributed a total of $3,000 monthly in 2007 for up to $10,000 for ██████

2. These funds are in ████████ retirement fund through Northwestern Medical Faculty Foundation. They made monthly contributions to the funds during 2007.

3. Chase bought Bank One.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544